**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1376**

---

MICHAEL T. MASUOKA,

Plaintiff - Appellant,

versus

G. W. MURPHY CONSTRUCTION COMPANY, INCORPORATED, Employer; ARGONAUT INSURANCE COMPANY, INCORPORATED, Insurance Carrier; 1-5 JOHN AND JANE DOES ENTITIES; 1-5 DOES CORPORATION ENTITIES; 1-5 DOES PARTNERSHIP ENTITIES; 1-5 JOHN AND JANE DOES; GOVERNMENTAL ENTITIES,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-02-1671-A)

---

Submitted: May 20, 2003          Decided: June 5, 2003

---

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Michael T. Masuoka, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael T. Masuoka appeals the district court's order dismissing his civil complaint as frivolous and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Masuoka v. G.W. Murphy Construction Co.</u>, No. CA-02-1671-A (E.D. Va. filed Feb. 21, 2003 & entered Feb. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>